US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDY BROWN )<br>)<br>Plaintiff  )<br>)<br>)<br>)<br>)<br>v.  )<br>)<br>JP MORGAN CHASE, et. al.  )<br>)<br>Defendant.  )<br>) | Case No.: 14: 2031 (ABJ) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to LCvR 83.6(c) and LCrR 44.5(d) of the Local Rules of this Court, The Law Offices of Destiny Aigbe PLLC, and its attorney, Destiny Aigbe, who has entered an appearance in this case respectfully move this Court to withdraw as counsel for Randy Brown.

Rule 1.16(a)(3) of the Rules of Professional Conduct of the District of Columbia Bar provides that a lawyer may withdraw from representing a client if "the lawyer is discharged."

Counsel provided Mr. Brown with notice of withdrawal on May 8, 2017. Mr. Brown asked the court for termination of my services and reported that the Court granted his request to terminate me on May 9, 2017.

## CONCLUSION

For the reasons set forth above, the undersigned request that the Court grant this motion to withdraw as counsel.

Dated: March 17, 2017

                                                            Respectfully submitted,

       /s/ Destiny Aigbe
_____
Destiny Aigbe
THE LAW OFFICES OF DESTINY AIGBE PLLC
1101 Connecticut Ave NW Suite 450
Washington, DC 20036
Telephone: (202) 854-8386
Email: destiny@aigbelaw.com
Bar No.: 1021615