## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
RANDY BROWN,                            )
                                        )
                 Plaintiff,             )
                                        )
        v.                              )        Civil Action No. 14-2031 (ABJ)
                                        )
JPMORGAN CHASE, *et al.*,               )
                                        )
                 Defendants.            )
_____)

### ORDER

Pending before the Court are the motions to dismiss filed by defendant Select Portfolio Servicing, Inc., [Dkt. # 85], defendant JP Morgan Chase, [Dkt. # 86], and defendant Ocwen Loan Servicing, [Dkt. # 87]. These motions could potentially dispose of the case. Since plaintiff is proceeding *pro se*, the Court hereby notifies plaintiff that under the Federal Rules of Civil Procedure and the local rules of this Court, the Court may grant the motions and dismiss the case if plaintiff fails to respond to the motions.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. The Court said, "[t]hat notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

In addition, the Court's local rules concerning dispositive motions state: "[w]ithin 14 days of the date of service or as such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." LCvR 7(b).

Accordingly, it is

**ORDERED** that plaintiff shall respond to defendants' motions to dismiss on or before July 20, 2018.  If plaintiff fails to file a timely response to the motions, the Court will treat them as conceded and dismiss the case.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE:  June 20, 2018